** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WYLIE LUBE EXPRESS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 4:16-CV-281 |
| v. | § | |
| | § | JUDGE RON CLARK |
| INSURANCE SOLUTIONS | § | |
| GROUP, LLC, et al., | § | AFC |
| | § | |
| *Defendants*. | § | |

**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST INSURANCE SOLUTIONS GROUP, LLC WITHOUT PREJUDICE**

Plaintiff Wylie Lube Express ("Plaintiff") has filed its Agreed Motion for Dismissal Without Prejudice (DOC. # 10). Plaintiff states that it no longer wishes to pursue its claims against Insurance Solutions Group, LLC in this suit. Plaintiff asks that Insurance Solutions Group, LLC be dismissed from this suit without prejudice. Defendants Insurance Solutions Group, LLC and Liberty Mutual Insurance Company are unopposed to this motion. The court is of the opinion it should grant this motion.

IT IS THEREFORE ORDERED that Plaintiff's Agreed Motion for Dismissal Without Prejudice (DOC. # 10) is GRANTED. Plaintiff's claims against Insurance Solutions Group, LLC are DISMISSED WITHOUT PREJUDICE.

So **ORDERED** and **SIGNED** this **11** day of **June, 2016.**

_____
Ron Clark, United States District Judge