** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WYLIE LUBE EXPRESS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 4:16-CV-281 |
| v. | § | |
| | § | JUDGE RON CLARK |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, | § | AFC |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING AMENDED JOINT MOTION TO REMAND**

The Parties have filed their Amended Joint Motion to Remand (DOC. # 16). This case was originally removed from the 429th District Court of Collin County, Texas. (DOC. # 1-4). Since removal, Plaintiff Wylie Lube Express ("Plaintiff") has voluntarily dismissed Insurance Solutions Group, LLC from this case as well as many of its claims against Ohio Security Agreement Company, incorrectly named as Liberty Mutual Insurance Company. (DOC. ## 13, 14). The Parties now ask that the court abstain from hearing Plaintiff's remaining claims against Ohio Security and request that this case be remanded back to the 429th District Court of Collin County, Texas. The court is of the opinion it should grant this motion.

IT IS THEREFORE ORDERED that the Parties' Amended Joint Motion to Remand (DOC. # 16) is GRANTED.

IT IS FURTHER ORDERED that the Parties' Joint Motion to Remand (DOC. # 15) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Case Management Conference scheduled for June 21, 2016 in this case is CANCELLED.

The clerk is directed to remand this case to the 429th District Court of Collin County, Texas.

So **ORDERED** and **SIGNED** this **15** day of **June, 2016.**

_____
Ron Clark, United States District Judge